STATE OF CONNECTICUT *v.* TOSHIO KO LOKTING

The defendant's petition for certification for appeal from the Appellate Court, 128 Conn. App. 234 (AC 31880), is denied.

*Norman A. Pattis,* in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided June 23, 2011

SIN HANG LEE *v.* BRENNER, SALTZMAN & WALLMAN, LLP, ET AL.

The plaintiff's petition for certification for appeal from the Appellate Court, 128 Conn. App. 250 (AC 31919), is denied.

PALMER and EVELEIGH, Js., did not participate in the consideration of or decision on this petition.

*Anthony J. Musto,* in support of the petition.

*James R. Fiore,* in opposition.

Decided June 23, 2011

JUAN VAZQUEZ *v.* COMMISSIONER OF CORRECTION

The petitioner Juan Vazquez' petition for certification for appeal from the Appellate Court, 128 Conn. App. 425 (AC 31971), is denied.

*Heather Golias,* special public defender, in support of the petition.

*Rocco A. Chiarenza,* deputy assistant state's attorney, in opposition.

Decided June 23, 2011